UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 3

---

Shrimp Committee of the Vietnam Association
of Seafood Exporters and Producers

                                **Plaintiff,**

v.

**UNITED STATES,**

                                **Defendant.**

**S U M M O N S**  25-00032

---

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. The Shrimp Committee of the Vietnam Association of Seafood Exporters and Producers has standing as a trade association that participated in the proceedings and a majority of whose members are producers, exporters or importers of subject merchandise.
   (Name and standing of plaintiff)

2. Plaintiff challenges the U.S. International Trade Commission's final affirmative injury determination in the in the countervailing duty investigation of Frozen Warmwater Shrimp from Vietnam.  Notice of the determination was published as Frozen Warmwater Shrimp From Ecuador, India, Indonesia, and Vietnam, 89 Fed. Reg. 102,163 (Dec. 17, 2024).  The Commission's views are contained in USITC Pub. 5566.
   (Brief description of contested determination)

3. The determination was issued on December 12, 2024.
   (Date of determination)

4. Notice of the determination was published on December 17, 2024.
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Matthew R. Nicely
_____
Signature of Plaintiff's Attorney

1/24/2025
_____
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Matthew R. Nicely
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW, Washington, DC 20006
(202) 887-4046
mnicely@akingump.com

**SEE REVERSE SIDE**

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436