# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| SHRIMP COMMITTEE OF THE VIETNAM ASSOCIATION OF SEAFOOD EXPORTERS AND PRODUCERS, | : : : : : : | |
| Plaintiff, | : : | |
| v. | : : | Court No. 25-00032 |
| UNITED STATES, | : : | |
| Defendant, | : : : | |
| and | : : : | |
| AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PRODUCERS ASSOCIATION, | : : : : | |
| Defendant-Intervenors. | : : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ORAL ARGUMENT

Pursuant to U.S. Court of International Trade Rules 7(c) and 56.2(e), Plaintiff Shrimp Committee of the Vietnam Association of Seafood Exporters and Producers hereby moves for oral argument in this action.  Because Plaintiff filed this Unopposed Motion within 21

days of filing its reply brief, this Unopposed Motion is timely filed.  *See* U.S. Court of International Trade Rules 7(c) and 56.2(e).  Plaintiff respectfully submits that oral argument will assist the Court in its evaluation of the issues presented in this case.  Oral argument will also permit the Court to question the parties about the issues and arguments raised in the briefs.

Pursuant to Rule 7(f), Paul Bettencourt, counsel to Plaintiff, contacted counsel to Defendant and Defendant-Intervenors by email on March 27, 2026 to seek their position on this Motion.  On March 27, 2026, John Henderson, counsel to Defendant, indicated that Defendant takes no position on the motion.  On March 27, 2026, Nathan Rickard, counsel to Defendant-Intervenor Ad Hoc Shrimp Trade Action Committee ("AHSTAC"), indicated that Defendant-Intervenors defer to the Court as to whether oral argument is necessary.  On March 27, 2026, Elizabeth Drake, counsel to Defendant-Intervenor American Shrimp Producers Association ("ASPA"), indicated that Defendant-Intervenors defer to the Court as to whether oral argument is necessary.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant its Unopposed Motion for Oral Argument.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
Paul S. Bettencourt
AKIN GUMP STRAUSS
HAUER & FELD LLP
2001 K Street, NW
Washington, DC 20006

Dated:  March 30, 2026

*Counsel to Shrimp Committee
of the Vietnam Association of
Seafood Exporters and Producers*